# JEREMY F. ORDEN
## ATTORNEY AT LAW

277 BROADWAY
SUITE 1010
NEW YORK, NY 10007

(212) 406-4100
FAX (212) 393-1345
JFOESQ@AOL.COM

s/John Gleeson

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

SEP 6 2006

BROOKLYN OFFICE

9-1-06

Hon. JOHN GLEESON
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

September 1, 2006

RE: USA v. Carlos Tejada
06-cr-018 (JG)

Dear Judge Gleeson:

    I represent Mr. Carlos Tejada in the above-referenced matter. The case is scheduled for a conference before your Honor on Tuesday, September 5, 2006. I will be on vacation with my family in Seattle from September 2 until September 9 and unable to appear.

    I have spoken with Daniel Felber, Esq. who represents co-defendant Vicente Martinez. Mr. Felber has agreed to stand-in for me and represent my client at the conference. I have discussed this matter with my client who has consented to this arrangement.

    Accordingly, I request permission to be excused from the conference and have Mr. Felber act in my stead. Alternatively, I would ask for permission to appear telephonically.

Thank you,

Jeremy F. Orden